UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MOLINA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT CONTROL, LLC,<br><br>Defendant. | No. 1:19-cv-00720-DAD-SKO<br><br>**ORDER GRANTING THE JOINT MOTION TO MODIFY SCHEDULING ORDER**<br><br>**(Doc. 21)** |

On April 9, 2020, the parties filed a "Joint Motion to Modify Scheduling Order," (Doc. 21), requesting to extend the class certification discovery and briefing deadlines by approximately sixty days. The parties state that they have diligently pursued discovery, but the current coronavirus (COVID-19) pandemic has prevented the parties from completing discovery by the April 20, 2020 deadline. (*Id.* at 2.) Based on the parties' representations in the motion, the Court finds good cause to extend the scheduling order deadlines and GRANTS the parties' motion.

**It is ORDERED that the scheduling order, (Doc. 16), is MODIFIED as follows:**

1. The class certification discovery deadline is continued from April 20, 2020, to **June 19, 2020.**

2. The deadline for filing the motion for class certification is continued from May 20,

2020, to **July 20, 2020.**

3. The deadline for filing any opposition to the motion for class certification is continued from June 19, 2020, to **August 18, 2020.**

4. The deadline for any reply brief in support of the motion for class certification is continued from July 6, 2020, to **September 4, 2020.**

5. The motion for class certification shall be heard on **November 3, 2020**, at 9:30 a.m., in Courtroom 5 before the Honorable Dale A. Drozd, United States District Judge.

6. The status conference to set further scheduling dates is continued to **January 5, 2021**, at 9:30 a.m. in Courtroom 7 before United States Magistrate Judge Sheila K. Oberto. Telephonic appearances are approved; all parties appearing telephonically shall call (888) 557-8511, access code 6208204# at the date and time for the conference. By no later than December 29, 2020, the parties shall file and email to skoorders@caed.uscourts.gov in MS Word format a report providing (a) dates agreed to by all counsel for all remaining deadlines and (b) an updated status of the case.

IT IS SO ORDERED.

Dated: **April 10, 2020**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE